AP-77,051
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/4/2015 12:53:36 PM
Accepted 8/4/2015 1:18:32 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AT AUSTIN, TEXAS
### NO. AP-77,051

FILED IN
COURT OF CRIMINAL APPEALS

August 4, 2015

ABEL ACOSTA, CLERK

On Appeal from the 228th Judicial District Court of
Harris County, Texas
in Cause Number 0475122

*60 days granted.*

*PC
8-4-15*

WARREN D. RIVERS, *Appellant*

v.

THE STATE OF TEXAS, *Appellee*

---

## UNOPPOSED
## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Warren D. Rivers, Appellant herein, by and through his attorney of record, Patrick McCann, and files this, his Second Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1. Counsel has just filed a death Certificate of Appealability in the Fifth Circuit on August 3rd in *Norris v. Stephens.* The appellee's brief in that same case is due on September 2nd.
2. Counsel's continuance of a federal medicare fraud case in *United States v. Tsolak Gregoryan* was denied upon government objection, and the federal district court judge reinstated the August 19th trial date so we are now headed to jury trial in this matter beginning August 19th. Counsel must prepare to represent his client in this very complex fraud case.
3. Counsel is also preparing for a non-death capital trial in *State of Texas v. Rene Lopez* in the 180th district court.
4. Counsel had originally requested a longer extension of time in his first application and now requests 90 days as per his original request.

1

5. This is a retrial on punishment for death and the record is extensive. Given the size of the record and the complexity of the issues for briefing, the additional time is necessary for a full and fair defense of Mr. Rivers.

6. This extension is sought in the interest of justice and not for delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant his Second Motion for Extension of Time.

Respectfully submitted,

**The Law Offices of Patrick McCann**

By: */s/ Patrick F. McCann*

Patrick F. McCann
SBN: 00792680
909 Texas Avenue, Suite 205
Houston, Texas 77002
Phone: (713) 223-3805
eFax: (281) 667-3352

## CERTIFICATE OF SERVICE

This is to certify that on August 4th, 2015, a true and correct copy of the above and foregoing document was served on:

Mr. Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Street, Ste. 600
Houston, TX 77002-1923
*Via e-Filing Pro-Doc Courtesy Copy Service: Curry_Alan@dao.hctx.net*

By: */s/ Patrick F. McCann*

Patrick F. McCann

2